IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF MARC ALAN FISHER - #047794 _____ / | No. C 11-80054 MISC WHA<br><br>**ORDER RE SUSPENSION AND CLOSING FILE** |

On March 8, 2011, this Court issued an order requiring Marc Alan Fisher to show cause why he should not be removed from the roll of attorneys authorized to practice law before this Court based on his suspension by the State Bar of California for 60 days, effective February 11, 2011.

On April 22, 2011, Mr. Fisher filed a response stating that he had not practiced law during the suspension period and was complying with the probationary terms of the State Bar.

Good cause having been found, Mr. Fisher will not be suspended from practicing law before this Court. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE